# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

KURT ELLIS ELMS                                                           PLAINTIFF

v.                      Case No. 4:18-cv-00110-KGB-BD

SOCIAL SECURITY ADMINISTRATION                    DEFENDANTS

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 13). No objections have been filed, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*).

The Court therefore reverses and remands the administrative law judge's decision with instructions to develop the record as necessary, to reconsider whether plaintiff Kurt Ellis Elms's employment at Toad Suck Harley Davidson was subsidized or should be deemed an unsuccessful work attempt, and to consider fully and properly all the evidence of record.

It is so ordered this 4th day of February, 2019.

                                                              _____
                                                              Kristine G. Baker
                                                              United States District Judge