IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KURT ELLIS ELMS                                                              PLAINTIFF

v.                         Case No. 4:18-cv-00110-KGB-BD

SOCIAL SECURITY ADMINISTRATION                                    DEFENDANTS

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that the administrative law judge's decision is reversed, and this case is remanded for further proceedings consistent with this Court's Order.

It is so ordered this 4th day of February, 2019.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Kristine G. Baker
　　　　　　　　　　　　　　　　　　　　　United States District Judge